Hiroaki Nishio
P.O BOX 5325CHRB
Saipan, MP 96950
Tel: (670) 287-0464
Email hiroaki230@gmail.com

Pro Se Plaintiff

FILED
Clerk
District Court

APR 10 2018

for the Northern Mariana Islands
By_____
    (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Hiroaki Nishio ) | CV 18- 0013 |
| ) | Civil Case No.: |
| Plaintiff ) | COMPLAINT AND DEMAND FOR JURY TRAIL |
| ) | |
| vs. ) | |
| ) | |
| SAIPAN INTERNATIONAL ) | |
| AIRPORT ) | |
| (COMMONWEALTH PORTS ) | |
| AUTHORITY ) ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

   Plaintiff Hiroaki Nishio brings forth the following causes of action and allegaes the following:

1. Plaintiff is an indvidual and resident of Saipan, USA.
2. Defendent is Commonwealth Ports Authority and at time of this compaint resident of Saipan, USA .
3. On or about July 11, 2011 Plaintiff was reqired ten million doller insurance for any operation and prohibitit flight operation by Commoonwealth Ports Authorty.
4. On or about March 23, 2013 Plaitiff filed formal complaint to Commonweaith Ports Authority in Office of the Chief Counsel FAA Part 16 Airport Proceeding Docket, ACO-100 Federal Aviation Administration, 800 Independence Ave., WS., Washingtion DC 20591.
5. On or March 29, 2013 FAA Office of the Chief Counsel had docketed as Docket No.16-13-03. Under Title 14, Part 16 of the code of Federal Regurations. ("14 CFR Part16").
6. On or April 29, 2016 Federal Aviation Administration Directer fund that the Commonwealth Ports Authority is in violation of Federal law, which is ten million dollars aircraft liability insurance requirement is unresonable, and therefore unjustly discriminatory to to the Complainant,s flight training-only oprreation in violation of Grant Assurance 22, Economic Nondiscrimination and 49 U.S.C. 47107(a).

Complant-1

7. On or November 23, 2016 Byron Huffman ,the FAA acting director of Airport Compliance and Management Analysis Federal Aviation, has determined the Commonwealth Port Authority is requiring insurance amount that are unreasonable and unjustly discriminatory of airplanes that operate at the Francisco C.Ada/Saipan international Airpot.

Plaintiff brings forth the following counts and allegations supporting Commonwealth Port Authority cause of action.

### Count 1- Negligenece

Commonweaith Port Authority's ten million dollers aircraft liability insurance requirment is unreasonable and unjustly discriminatory to the Complaiant in violating of Grant Assurance 22, Economic Nondiscrimination and 49 U.S.C. 47107(a).

### Count 2- Negligenece

Commonweailth Port Authority,s interpetation and application of its published aircraft liability insurance reqirements is unreasonable, and therefore unjustly discriminatory to the Plaintiff,s Flight training-oniy operation inviolation of Grant Assurance 22, ecnomic Nondiscrimination and 49 U.S.C. 47107 (a).

### Damages

Wherefore Plainiff seeks compensatory damages in the amount one million dollars, attoney fees, and cort costs.

Dated This 1ˢᵗ day of April, 2018

Hiroaki Nishio

Complaint-2